IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TONY A. HICKMAN                                                                                          PLAINTIFF

VS.                       Case No. 2:14-cv-00131 KGB/PSH

BRETT BUTLER, et al.                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge H. David Young (Dkt. No. 12) and the timely objections filed by plaintiff Tony Hickman (Dkt. No. 14). After careful consideration of the Recommendations and Mr. Hickman's objections, as well as a *de novo* review of the record, the Court approves and adopts the Recommendations in their entirety as this Court's findings in all respects. Therefore, the Court grants defendant Dr. Brett Butler's motion to dismiss and dismisses with prejudice Mr. Hickman's claims against Dr. Butler.

At the time the Recommendations were submitted, the second defendant now identified as Jennifer Petty had not been served with Mr. Hickman's complaint. Ms. Petty has now been served, and she has filed an answer (Dkt. Nos. 17, 19). Because the Recommendations did not directly address arguments advanced by Ms. Petty, Mr. Hickman's claims against Ms. Petty remain pending.

SO ORDERED this 12th day of August, 2015.

_____
Kristine G. Baker
United States District Judge