IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TONY A. HICKMAN                                                                                    PLAINTIFF

vs.                               Case No. 2:14-cv-00131 KGB/PSH

BRETT BUTLER, *et al.*                                                                         DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris and the objections and supplement filed by plaintiff Tony A. Hickman (Dkt. Nos. 37; 38; 39). After carefully considering the Proposed Findings and Recommendation and the objections and supplement, and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 37).

It is therefore ordered that:

1. Defendant Jennifer Petty's motion for summary judgment is granted (Dkt. No. 33). Mr. Hickman's complaint is dismissed with prejudice.

2. Mr. Hickman's motion for summary judgment is denied (Dkt. No. 28).

3. The Court certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would be considered frivolous and not in good faith.

So ordered this the 2nd day of December, 2016.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge